**Opinion issued October 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00310-CV

————————————

**PULICE CONSTRUCTION, INC., Appellant**

**V.**

**BRAZORIA COUNTY TEXAS AND BRAZORIA COUNTY TOLL ROAD AUTHORITY, Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 125921-CV**

---

## MEMORANDUM OPINION

The parties have filed an Agreed Joint Motion to Dismiss Appeal Pursuant to Settlement. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Guiney, and Johnson.